## AKINS v. CITY OF THOMASVILLE

No. 429P99-2

Case below: 145 N.C. App. 203

Petition by petitioners for discretionary review pursuant to G.S. 7A-31 denied 6 March 2002. Justice Martin recused.

## B & F SLOSMAN v. SONOPRESS, INC.

No. 65P02

Case below: 148 N.C. App. 81

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 March 2002.

## BOONE v. HOME INS./RISK ENTER. MGMT.

No. 61P02

Case below: 147 N.C. App. 313

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 March 2002.

## BOWSER v. N.C. DEP'T OF CORR.

No. 52P02

Case below: 147 N.C. App. 308

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 March 2002.

## BRANCH BANK & TR. CO. v. REFLECTIONS CARWASH

No. 476P01

Case below: 145 N.C. App. 203

Motion by defendants to withdraw petition for discretionary review allowed 5 February 2002.